PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rafael Nunez                                    Cr.: 95-00245-001

Name of Sentencing Judicial Officer: Dickinson R. Debevoise (Nancy F. Atlas, SD/TX)

Date of Original Sentence: 06/26/96

Original Offense: Conspiracy to Launder Money

Original Sentence: 106 months and three years supervised release

Type of Supervision: TSR                          Date Supervision Commenced: 07/12/02

Assistant U.S. Attorney: To be Assigned                    Defense Attorney: To be Assigned

### PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |

On June 27, 2003, the offender was arrested by the Cliffside Park, New Jersey Police Department and charged with aggravated sexual assault and aggravated sexual contact. The charges remain pending in New Jersey Superior Court, Bergen County, indictment #04-0801653-I.

I declare under penalty of perjury that the foregoing is true and correct.

By: Randi M. Martorano
U.S. Probation Officer
Date: 04/28/05

PROB 12C - Page 2
Rafael Nunez

THE COURT ORDERS:

[X] The Issuance of a Summons to be Held in Abeyance
[  ] The Issuance of a Warrant
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer USDJ

_____
May 10, 2005
Date